BEFORE THE FIRST DIVISION, MARCH 13, 1940

**No. 43366.**—Protests 776964–G, etc., of Nadel & Shimmel (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of rubber balloons trimmed with colored feathers fastened to one end of a hollow

cane or stick composed in part of bamboo, the same as those passed upon in Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.